**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

TUVQÞÁÕÜÆVÖÖ

Kevin H. Sharp

| | | |
|---|---|---|
| D.W., by his mother and next friend,<br>**TONIA WRIGHT,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2:11-cv-0064** |
| **v.** | ) | **SHARP/BROWN** |
| | ) | |
| **KATHYRYN O'DAY, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION OF DEFENDANTS KATHRYN O'DAY, COMMISSIONER,**
**TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES, and**
**WILLIAM HASLAM, GOVERNOR**
**OF THE STATE OF TENNESSEE, FOR LEAVE TO REPLY TO**
**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

The defendants Kathryn O'Day, Commissioner of the Tennessee Department of Children's Services (hereinafter "DCS"), and William Haslam, Governor of the State of Tennessee, in their official capacities only, by and through the undersigned, hereby move, pursuant to the United States District Court for the Middle District of Tennessee Local Rule, LR 7.01(b), for leave to reply to the plaintiff's response to their motion to dismiss.

The defendants assert that their reply is necessary to briefly discuss the arguments raised by the plaintiff in his response, and to bring to the Court's attention some protective procedures contained in the statutory scheme surrounding Tenn. Code Ann. § 71-3-507. The proposed reply is filed contemporarily herewith.